IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDALL MORRIS, § | | |
| ID # 15141-010, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | Civil Action No. 3:24-CV-3148-X-BW |
| § | | |
| LAUREN HOWARD, et al., § | | |
| *Defendants*. § | | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court construes the Motion[s] For Confirmation of Suit Service & Inju[n]ction Against Retaliation (Docs. 7, 8) as motions for injunctive relief and **DENIES** them.

**SO ORDERED** this 3rd day of July, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE