IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDALL MORRIS,<br>     ID # 15141-010,<br>          Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | No. 3:24-CV-3148-X-BW |
| | § | |
| LAUREN HOWARD, et al.,<br>          Defendants. | §<br>§<br>§ | Referred to U.S. Magistrate Judge[1] |

## ORDER

Before the Court is Plaintiff Randall Morris's Motion to Cancel Motion to Withdraw Civil Suit.  (Dkt. No. 20.)  Because the undersigned issued an order on July 15, 2026 addressing Morris's prior motion to withdraw, and because this action remains pending, the Court **DENIES AS MOOT** Morris's motion to cancel his prior motion to withdraw.  (*See* Dkt. No. 19.)

**SO ORDERED** on July 22, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

---

[1] By Special Order No. 3-251, this pro se case has been referred to the undersigned magistrate judge for case management.  (*See* Dkt. No. 1.)