IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDALL MORRIS, | § | |
| ID # 15141-010, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-3148-X-BW |
| | § | |
| LAUREN HOWARD, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff, Randall Morris, raised a bevy of objections, and after a *de novo* review, the Court is not convinced. However, because one of the objections is that the Magistrate Judge failed to consider claims that were not named but alleged in substance, the Court does not find that Morris has pled his best case. Accordingly, while the Court accepts the Findings and Conclusions, the Court **GRANTS LEAVE** to file an amended complaint no later than 21 days after this order.

Should Morris fail to file an amended complaint, the Court will by separate judgment **DISMISS** the case under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) as frivolous and for failure to state a claim upon which relief may be granted.

Finally, if Morris fails to amend and instead files a notice of appeal after the entry of judgment, Morris must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* with a properly signed certificate of inmate trust account.

**SO ORDERED** this 12th day of August, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE